

**NUMBER 13-99-00167-CV**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

---

**LOA'S TIRE AND AUTO SUPPLY, INC.,**        **Appellant,**

**v.**

**WENDOVER FUNDING, INC. AND
NATIONAL HERITAGE LIFE INSURANCE
COMPANY IN LIQUIDATION,**        **Appellees.**

---

**On appeal from the County Court at Law No. 2
of Nueces County, Texas.**

---

## MEMORANDUM OPINION

**Before Justices Yañez, Rodriguez, and Benavides
Memorandum Opinion Per Curiam**

This appeal was abated by this Court on July 15, 1999, due to the bankruptcy of one of the parties to this appeal. *See* 11 U.S.C. § 362; *see generally* TEX. R. APP. P. 8. Since the abatement there has been no activity in this appeal. On April 16, 2009, the Court

ordered the parties to file an advisory regarding the status of the appeal and, if applicable, a motion to reinstate the appeal or a motion to dismiss the appeal. The order notified the parties that failure to respond to the order would result in reinstatement and dismissal of the appeal for want of prosecution.

The parties have failed to respond. Accordingly, we reinstate and dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 42.3(b).

PER CURIAM

Memorandum Opinion delivered and
filed this the 4th day of June, 2009.

2